SAME *v.* SAME.

HARDIN, P. J.:

The views expressed in the opinion in the preceding case lead to an affirmance of the order in this.

MARTIN and MERWIN, JJ., concurred.

Order affirmed.

---

FRANK RHODES, Respondent, *v.* MORRIS CARR, Appellant.

*Appeal to a ·County Court — costs.*

88  219
148a 292
88  219
23ap402

The plaintiff in an action brought in the Municipal Court of the city of Syracuse appealed to the County Court, where a new trial was had in which the plaintiff did not recover a sum which would have been sufficient to carry costs if the action had been brought originally in the County Court; no offer was made by either party to the action to take or allow judgment as provided for by sections 3070, 3071 and 3072 of the Code of Civil Procedure.

*Held,* that the plaintiff was not entitled to recover costs in the County Court.

APPEAL by the defendant, Morris Carr, from an order of the County Court of Onondaga county, entered in the office of the clerk of the county of Onondaga on the 22d day of March, 1895, denying the defendant's motion for an order striking the plaintiff's costs from the judgment rendered in the action and directing the Onondaga county clerk to insert the defendant's costs therein.

Plaintiff brought an action in the Municipal Court of the city of Syracuse and recovered the sum of thirty-eight dollars and seventy-one cents damages. Defendant appealed to the County Court of Onondaga county, where a new trial was had and a verdict was rendered for the plaintiff for the sum of thirty-eight dollars. Judgment for that sum was entered, with seventy dollars and eighty-six cents costs. A motion was made for retaxation of costs, which was denied, and the taxation was affirmed, without costs of the motion. No offer was made to take or allow judgment by either party hereto as provided by sections 3070, 3071 and 3072 of the Code of Civil Procedure.

*Kline, Shove & Ludington,* for the appellant.

*Talbott & Collins,* for the respondent.